1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8                UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 RICHARD GUERRA,                )   No.  EDCV 09-2274 MAN
11                                )
                                  )
12    Plaintiff,                  )   [PROPOSED] ORDER AWARDING
                                  )   EAJA FEES
13    v.                          )
                                  )
14                                )
   MICHAEL J. ASTRUE,             )
15 Commissioner Of Social Security,)
                                  )
16                                )
17    Defendant.                  )

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that EAJA fees are awarded in the amount of  THREE
20 THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($3,300.00) subject to the
21 terms of the Stipulation.
22
23
   DATE:  February 14, 2011
24
                                       _____
25                                     MARGARET A. NAGLE
26                                     UNITED STATES MAGISTRATE JUDGE
27
28

-1-